IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER, ) | |
| ) | 4:06cv3008 |
| Petitioner, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| NEBRASKA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on filing no. 7, a post-judgment motion filed by the petitioner, Billy Tyler. Judgment has been entered in the above-entitled case, and the time for appeal has expired. Therefore, no further action will be taken by the court, and filing no. 7 is denied.

SO ORDERED.

DATED this 5th day of April, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge